## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**MIKA C. PARKER,**            :
                              :
    **Claimant,**        :            **Case No.: 5:06-cv-329 (CAR)**
                              :
**v.**                         :
                              :
**MICHAEL J. ASTRUE,**         :
**Commissioner of Social Security** :
                              :
    **Respondent**      :
_____

### *ORDER ON THE REPORT AND RECOMMENDATION*
### *OF THE UNITED STATES MAGISTRATE JUDGE*

    Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] to

affirm the Social Security Commissioner's final decision to deny the Claimant benefits.  Claimant

has not entered a timely objection to the Recommendation.  Upon review of the Recommendation

and consideration of the matter, the Court agrees with the findings and conclusions of the United

States Magistrate Judge.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER**

**OF THE COURT**; the final decision of the Commissioner is hereby **AFFIRMED**.


    **SO ORDERED**, this 25th day of September, 2007.


                    S/ C. Ashley Royal_____
                    C. ASHLEY ROYAL
                    UNITED STATES DISTRICT JUDGE

SSH